IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
JUN 13 2007
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. NO. 1:07cr124-WKW |
| ) | [18 USC 922(g)(1)] |
| CHRISTOPHER DWAYNE OWENS ) | |
| ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about March 18, 2007, in Houston County, within the Middle District of Alabama,

CHRISTOPHER DWAYNE OWENS,

defendant herein, having been convicted of the following felony offenses, crimes punishable by imprisonment for a term exceeding one year under the laws of the State of Alabama, to-wit:

1) April 12, 2001, Sodomy II, case number CC2000-461, in the Circuit Court of Houston County, Alabama;

2) April 12, 2001, Sodomy II, case number CC2000-462, in the Circuit Court of Houston County, Alabama;

3) April 12, 2001, Rape II, case number CC2000-463, in the Circuit Court of Houston County, Alabama;

4) April 12, 2001, Rape II, case number CC2000-464, in the Circuit Court of Houston County, Alabama;

5) April 12, 2001, Rape II, case number CC2000-465, in the Circuit Court of Houston County, Alabama;

6) April 12, 2001, Rape II, case number CC2000-466, in the Circuit Court of Houston County, Alabama;

7) April 12, 2001, Rape II, case number CC2000-467, in the Circuit Court of Houston County, Alabama;

8) April 12, 2001, Rape II, case number CC2000-468, in the Circuit Court of Houston

County, Alabama;

9) April 12, 2001, Rape II, case number CC2000-469, in the Circuit Court of Houston County, Alabama;

10) April 12, 2001, Rape II, case number CC2000-470, in the Circuit Court of Houston County, Alabama;

11) April 12, 2001, Rape II, case number CC2000-471, in the Circuit Court of Houston County, Alabama;

12) April 12, 2001, Rape II, case number CC2000-472, in the Circuit Court of Houston County, Alabama;

did knowingly possess in and affecting interstate commerce a firearm, to-wit:

a Hi Point, Model C9, 9 mm pistol, a better description of which is unknown to the grand jury;

in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e)(1).

## FORFEITURE ALLEGATION

A. Count 1 of this indictment is hereby repeated and incorporated herein by reference.

B. Upon conviction for the violation of Title 18, United States Code, Section 922(g)(1), as alleged in Count 1 of this indictment the defendant,

CHRISTOPHER DWAYNE OWENS,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of these offenses, including but not limited to the following:

a Hi Point, Model C9, 9 mm pistol, a better description of which is unknown to the grand jury

C. If any of the property described in this forfeiture allegation, as a result of any act or

omission of the defendant:

    (1)    cannot be located upon the exercise of due diligence;

    (2)    has been transferred, sold to, or deposited with a third person;

    (3)    has been placed beyond the jurisdiction of the court;

    (4)    has been substantially diminished in value; or,

    (5)    has been commingled with other property which cannot be divided without difficulty; the United States, pursuant to Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c), intends to seek an order of this Court forfeiting any other property of said defendant up to the value of the property described above.

All in violation of Title 18, United States Code, Section 922.

A TRUE BILL:

*[signature]*
Foreperson

*[signature]*
LEURA G. CANARY
United States Attorney

*[signature]*
John T. Harmon
Assistant United States Attorney

*[signature]*
Matthew W. Shepherd
Assistant United States Attorney