IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CT NO: 1:07-CR-124-WKW |
| CHRISTOPHER DWAYNE OWENS ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of the motion for writ of habeas corpus ad prosequendum, filed June 19, 2007, and for good cause shown, it is

ORDERED that the motion is GRANTED. The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Houston County Jail, Dothan, Alabama, commanding it to deliver Christopher Dwayne Owens to any United States Marshal or Deputy United States Marshall, and directing said Marshal or Deputy to bring said prisoner before this court, to be held at Montgomery, Alabama, on August 1, 2007, at 10:30 a.m., and to return the prisoner to said official when the court shall have finished with him.

DONE this the 19th day of June, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE