# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.    ) | **CASE NO: 1:07cr124-WKW** |
| ) | |
| **CHRISTOPHER D. OWENS** ) | |

## UNOPPOSED MOTION TO CONTINUE TRIAL

**COMES NOW** the Defendant, Christopher D. Owens, by and through his undersigned counsel, Michael J. Petersen, and moves this Court to continue his case past the presently scheduled date of November 5, 2007. As grounds for granting this Motion, Defendant would show the following:

1.  On June 14, 2007, Christopher Owens was charged in a one-count Indictment with being a felon in possession of a firearm.

2.  On August 1, 2007, Mr. Owens appeared before this court and entered a plea of not guilty to the charge.

3.  Undersigned counsel's investigation has revealed that Mr. Owens has a history of mental illness, and has been placed in special education classes during his school years.

4.  During the course of undersigned counsel's representation of Mr. Owens, counsel has come to question Mr. Owens' competency and can report that his condition seems to be worsening.

5.  The Federal Defender Office intends to have Mr. Owens evaluated by Clinical Psychologist Dr. Catherine Boyer. Dr. Boyer has not yet conducted her evaluation

      as we are still awaiting the receipt of mental health records for Mr. Owens.

6.     Following this evaluation, Mr. Owens may request that he be sent to a Bureau of Prisons institution where he can receive a complete psychiatric analysis.

7.     It appears at this time that Mr. Owens may have an Insanity Defense to the charged offense, but that determination cannot yet be made until the psychological evaluation is complete.

8.     The government, through Assistant United States Attorney Matthew Shepherd, does not oppose the granting of a continuance.

**WHEREFORE**, based on the foregoing, Christopher Owens respectfully requests that the previously set trial date of November 5, 2007 be continued to the December 2007 trial term.

Dated this 12th day of October 2007.

                                  Respectfully submitted,

                                  s/ Michael J. Petersen
                                  MICHAEL J. PETERSEN
                                  Assistant Federal Defender
                                  201 Monroe Street, Suite 407
                                  Montgomery, Alabama 36104
                                  Phone: (334) 834-2099
                                  Fax: (334) 834-0353
                                  E-mail: michael_petersen@fd.org
                                  ASB-5072-E48M

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.           ) | CASE NO: 1:07cr124-WKW |
| ) | |
| CHRISTOPHER D. OWENS       ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Matthew Shepherd, AUSA.

Respectfully submitted,


s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M