IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.           ) | **CASE NO: 1:07cr124-WKW** |
| ) | |
| **CHRISTOPHER D. OWENS** ) | |

### UNOPPOSED MOTION TO CONTINUE TRIAL

**COMES NOW** the Defendant, Christopher D. Owens, by and through his undersigned counsel, Michael J. Petersen, and moves this Court to continue his case past the presently scheduled date of December 10, 2007. As grounds for granting this Motion, Defendant would show the following:

1. On June 14, 2007, Christopher Owens was charged in a one-count Indictment with being a felon in possession of a firearm.

2. On August 1, 2007, Mr. Owens appeared before this court and entered a plea of not guilty to the charge.

3. Undersigned counsel's investigation has revealed that Mr. Owens has a history of mental illness, and has been placed in special education classes during his school years.

4. During the course of undersigned counsel's representation of Mr. Owens, counsel has come to question Mr. Owens' competency and can report that his condition seems to be worsening.

5. The Federal Defender Office had Mr. Owens evaluated by Clinical Psychologist Dr. Catherine Boyer. Dr. Boyer has conducted one evaluation and indicated she will need to see him two more times.

6. The government, through Assistant United States Attorney Matthew Shepherd, does

not oppose the granting of a continuance.

8.   While requests for a continuance are addressed to the sound discretion of the trial court, *United States v. Darby*, 744 F.2d 1508, 1521(11thCir. 1984), *reh'g denied* 749 F.2d 733, *cert. denied*, 471 U.S. 1100 (1985), undersigned counsel feels that, in this case, the ends of justice will be served by allowing the defense adequate time to complete Mr. Owens psychiatric analysis.

**WHEREFORE**, based on the foregoing, Christopher Owens respectfully requests that the previously set trial date of December 10, 2007 be continued to the next trial term.

Dated this 19th day of November 2007.

Respectfully submitted,

s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CASE NO: 1:07cr124-WKW |
| | ) | |
| **CHRISTOPHER D. OWENS** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Matthew Shepherd, AUSA.

        Respectfully submitted,

        s/ Michael J. Petersen
        MICHAEL J. PETERSEN
        Assistant Federal Defender
        201 Monroe Street, Suite 407
        Montgomery, Alabama 36104
        Phone: (334) 834-2099
        Fax: (334) 834-0353
        E-mail: michael_petersen@fd.org
        ASB-5072-E48M