IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 1:07-cr-124-WKW |
| | ) | |
| CHRISTOPHER DWAYNE OWENS | ) | |

## **ORDER**

This case is before the court on defendant's Motion to Continue Trial. (Doc. # 17.) While the granting of a continuance is left to the sound discretion of the trial judge, *United States v. Warren*, 772 F.2d 827, 837 (11th Cir. 1985), the court is limited by the requirements of the Speedy Trial Act, 18 U.S.C. § 3161. The Speedy Trial Act provides generally that the trial of a defendant in a criminal case shall commence within 70 days of the latter of the filing date of the indictment or the date the defendant appeared before a judicial officer in such matter. 18 U.S.C. § 3161(c)(1). *See United States v. Vasser*, 916 F.2d 624 (11th Cir. 1990).

The Act excludes from this 70 day period any "[a]ny period of delay resulting from other proceedings concerning the defendant, including . . . delay resulting from any proceeding, including any examinations, to determine the mental competency or physical capacity of the defendant." 18 U.S.C. § 3161(h)(1)(A).

In Owens's motion to continue, his counsel asserts that a scheduled mental evaluation of the defendant cannot be completed in time for trial. The government does not oppose the motion.

Accordingly, it is ORDERED that the defendant's Unopposed Motion to Continue Trial (Doc. #147) is GRANTED.  Trial in this matter is continued from **December 10, 2007**, to the criminal term of court beginning on **February 4, 2008.**

DONE this 21st day of November, 2007.

/s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE