IN THE UNITED STATES DISTRICT
FOR THE MIDDLE DISTRICT OF
ALABAMA SOUTHERN DIVISION

United States of America       Case No. 1:07-CR-124-WKW

Christopher Dwayne Owens.

Motion for Mental Examination under Rule 12.2, 18. U.S.C § 424 of the Criminal Procedures.

Come now the defendant and about styled Christopher Dwayne Owens, pray that this Hon, Court grant the defendant Motion for the follows.

1) The defendant assert that he never have a mental evaluation, to determine hes mental capacity of the defendant 18 U.S.C § 3161 (A) taken allway hes evaluation, will be bias and prejudice to determine the hes competency or the defendant.

2) Hes Council, Hon, Pettersem ignored the facts of the defendant, acting ineffective agains the defendant righs Wiggin v. Smith 123 S.CT. 2527 (2003)

The Supreme Court deemed the Petitioner's counsel incopeten, sustaining his argument that his Sixth Amendment right to counsel had been violated.

3) The defendant pray that this Hon, Court recognized thoses facts, pursuant to Section 2902 of Title 28. U.S.C.

### Certificate of Service

I hereby served a copy to Hon, Circuit of Clerk Debra Hackett, and Hon, District Att, prepaid to United States Postal Service the foregoing mail done and the 14 day of 2007.

Sincerely Respectfully
Christopher Dwayne Owens
*Christopher Dwayne Owens*

Hon, Debra Hackett
Clerk of Court
One Church St
Montg, AL 36104

P.O. Box 159
Mont, AL 36101