IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | CR. NO.:   1:07cr124-WKW |
| | ) | |
| CHRISTOPHER DWAYNE OWENS | ) | |
| | ) | |

## AMENDED ORDER

On December 18, 2007, defendant CHRISTOPHER DWAYNE OWENS, file a pro se motion for Psychiatric Exam.

For good cause, it is

**ORDERED** that a hearing on the motion currently set for December 20, 2007 at 11:00 a.m. be and is hereby reset for **December 20, 2007 at 9:45 a.m.**, in courtroom 5A, Frank M. Johnson, Jr United States Courthouse Complex, One Church Street, Montgomery, Alabama. It is further

**ORDERED** that the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding. It is further **ORDERED** that counsel for all parties must be present.

Done this 19th day of December, 2007

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE