### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO: 1:07cr124-WKW |
| | ) | |
| CHRISTOPHER D. OWENS | ) | |

### UNOPPOSED MOTION FOR DETERMINATION OF MENTAL COMPETENCY AND FOR PSYCHIATRIC OR PSYCHOLOGICAL EXAMINATION

**COMES NOW** the defendant **CHRISTOPHER D. OWENS**, by undersigned counsel, Michael J. Petersen, pursuant to the 18 U.S.C. §§ 4241(a) and (b), and respectfully requests that an inpatient psychiatric or psychological examination be made of Mr. Owens to determine his mental competency to stand trial, to assess whether he is presently suffering from a mental disease or defect, and, if so, to assess whether he is in need of care or treatment in a suitable facility.

In support of this motion, the Defendant would show:

1. Although the Federal Defender Office had Mr. Owens evaluated by Clinical Psychologist Dr. Catherine Boyer, on December 18, 2007, Mr. Owens filed a pro se motion for mental evaluation with this Court, claiming in part, that he had not been evaluated. (Doc # 20).

2. On December 20, 2007, a hearing was had on Mr. Owens' Pro Se Motion. Mr. Owens' conduct during the course of that hearing has led undersigned counsel to further question Mr. Owens' competency.

3. In addition, undersigned counsel's investigation has revealed that Mr. Owens has a history of mental illness, and has been placed in special education classes during his school years.

4. During the course of undersigned counsel's representation of Mr. Owens, counsel has

come to question Mr. Owens' competency and can report that his condition seems to be worsening.

5.     Based on his conversations with, and personal observations of Mr. Owens, undersigned counsel believes a psychiatric or psychological examination and a competency determination are necessary.

6.     The government, through Assistant United States Attorney Matthew Shepherd, does not oppose this motion.

**WHEREFORE**, based on the foregoing, Christopher Owens respectfully requests that this motion be granted.

Dated this 16th day of January 2008.

Respectfully submitted,

s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO: 1:07cr124-WKW |
| | ) | |
| CHRISTOPHER D. OWENS | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2008, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system which will send notification of such filing to the following:

Matthew Shepherd, AUSA.


Respectfully submitted,


s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M