IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | CR. NO.:   1:07cr124-WKW |
| | ) | |
| CHRISTOPHER DWAYNE OWENS | ) | |

**ORDER ON MOTION**

Upon consideration of Defendant's Unopposed Motion for Determination of Mental Competency and For Psychiatric or Psychological Examination (Doc. #25), and for good cause shown, it is

ORDERED that the motion (Doc. #25) is GRANTED.

Based upon the representations of Defendant's counsel, it appears to the Court there is reasonable cause to believe Defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. Accordingly, it is

ORDERED that the United States Marshal for this district immediately remove Defendant to the custody of the warden of an appropriate institution as may be designated by the Attorney General. Defendant is to be committed for the purpose of being observed and examined for a period of 30 days by one or more qualified psychiatrists at the institution, pursuant to the provisions of 18 U.S.C. §4241. It is further

ORDERED that the examining psychiatrist or psychologist conducting the mental examination of Defendant report in writing to this Court within 45 days from the date of this order as to their findings, opinions and conclusions as to the competency or incompetency of Defendant and specifically report to and advise this Court whether or not in their opinion Defendant may be presently insane or otherwise so mentally incompetent as to be unable to understand the proceedings against him or properly assist in his own defense and further specifically report their findings, opinions and conclusions as to whether Defendant, at the time of the commission of the offense with which he is charged, was insane or mentally incompetent.  It is further

ORDERED that Defendant shall be incarcerated and remain at the institution designated by the Attorney General until further order of this court.

The clerk of this court is ORDERED to furnish the United States Marshal for this district with three certified copies of this order.

DONE this 17th day of January, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE