IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CASE NO: 1:07cr124-WKW** |
| | ) | |
| **CHRISTOPHER D. OWENS** | ) | |

<u>**UNOPPOSED MOTION TO CONTINUE TRIAL**</u>

**COMES NOW** the Defendant, Christopher D. Owens, by and through his undersigned counsel, Michael J. Petersen, and moves this Court to continue his case past the presently scheduled date of March 17, 2008. As grounds for granting this Motion, Defendant would show the following:

1. On June 14, 2007, Christopher Owens was charged in a one-count Indictment with being a felon in possession of a firearm.

2. On August 1, 2007, Mr. Owens appeared before this court and entered a plea of not guilty to the charge.

3. On January 17, 2008, this court granted Mr. Owens' Unopposed Motion for Determination of Mental Competency and For Psychiatric or Psychological Examination (Doc. #25). This Court Ordered that Mr. Owens was to be committed for the purpose of being observed and examined for a period of 30 days by one or more qualified psychiatrists at a Bureau of Prisons institution as designated by the Attorney General, pursuant to the provisions of 18 U.S.C. §4241.

4. As of the date of the filing of this motion, Mr. Owens' has not yet returned. In addition, the examining psychiatrist or psychologist conducting the mental examination of Mr. Owens has not yet filed a report in writing to this Court as to their findings, opinions and conclusions as to the competency or incompetency of Defendant.

5.      The government, through Assistant United States Attorney Matthew Shepherd, does not oppose the granting of a continuance.

6.      While requests for a continuance are addressed to the sound discretion of the trial court, *United States v. Darby*, 744 F.2d 1508, 1521(11thCir. 1984), *reh'g denied* 749 F.2d 733, *cert. denied*, 471 U.S. 1100 (1985), undersigned counsel is unable to proceed until such time as a psychiatric analysis has been completed and a report has been filed with this Court..

**WHEREFORE**, based on the foregoing, Christopher Owens respectfully requests that the previously set trial date of March 17, 2008, be continued.

Dated this 4th day of March 2008.

Respectfully submitted,

s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO: 1:07cr124-WKW |
| | ) | |
| CHRISTOPHER D. OWENS | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Matthew Shepherd, AUSA.

Respectfully submitted,

s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M