IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.  ) | **CASE NO: 1:07cr124-WKW** |
| ) | |
| **CHRISTOPHER D. OWENS**  ) | |

### UNOPPOSED MOTION TO CONTINUE TRIAL

**COMES NOW** the Defendant, Christopher D. Owens, by and through his undersigned counsel, Michael J. Petersen, and moves this Court to continue his case past the presently scheduled date of May 19, 2008. As grounds for granting this Motion, Defendant would show the following:

1. On June 14, 2007, Christopher Owens was charged in a one-count Indictment with being a felon in possession of a firearm.

2. On August 1, 2007, Mr. Owens appeared before this court and entered a plea of not guilty to the charge.

3. On January 17, 2008, this court granted Mr. Owens' Unopposed Motion for Determination of Mental Competency and For Psychiatric or Psychological Examination (Doc. #25). This Court Ordered that Mr. Owens was to be committed for the purpose of being observed and examined for a period of 30 days by one or more qualified psychiatrists at a Bureau of Prisons institution as designated by the Attorney General, pursuant to the provisions of 18 U.S.C. §4241.

4. On March 20, 2008, undersigned counsel was informed by Magistrate Judge Capel's chambers that the Bureau of Prisons had informed them that the Bureau of Prisons would be unable to comply with the Court's Order of January 17, 2008 (Doc #25), which directed that a report be filed with this Court. The Bureau of Prisons stated that they would be unable to supply this Court

with a report until May 28, 2008.

5. Presently this matter is set for trial on May 19, 2008. The Bureau of Prisons report, which is essential for a determination of Mr. Owens' competency, will be unavailable at the present date of trial.

6. The government, through Assistant United States Attorney Matthew Shepherd, does not oppose the granting of a continuance.

7. While requests for a continuance are addressed to the sound discretion of the trial court, *United States v. Darby*, 744 F.2d 1508, 1521(11thCir. 1984), *reh'g denied* 749 F.2d 733, *cert. denied*, 471 U.S. 1100 (1985), undersigned counsel is unable to proceed until such time as a psychiatric analysis has been completed and a report has been filed with this Court..

**WHEREFORE**, based on the foregoing, Christopher Owens respectfully requests that the previously set trial date of May 19, 2008, be continued.

Dated this 21st day of March 2008.

Respectfully submitted,

s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CASE NO: 1:07cr124-WKW |
| | ) | |
| **CHRISTOPHER D. OWENS** | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Matthew Shepherd, AUSA.

Respectfully submitted,

s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M