IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 1:07-cr-124-WKW |
| | ) | |
| CHRISTOPHER D. OWENS | ) | |

## **ORDER**

It is ORDERED that a hearing will be held to determine the defendant's mental competency on **July 1, 2008, at 1:30 p.m.**, in Courtroom 2-E of the United States Courthouse, One Church Street, Montgomery, Alabama.

DONE this 10th day of June, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE