**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:07-cr-124-WKW |
| | ) | |
| CHRISTOPHER DWAYNE OWENS | ) | |

**ORDER**

Upon defense counsel's motion (Doc. # 25), and pursuant to 18 U.S.C. § 4241(b) and § 4247(b) & (c), the court ordered that Defendant Christopher Dwayne Owens undergo a psychiatric or psychological examination and that the resulting report be filed with the court. The psychiatric or psychological report (Doc. # 35), which was created by Ron Nieberding, Ph.D., was filed on June 26, 2008. The court conducted a hearing on July 1, 2008, pursuant to 18 U.S.C. § 4241(c) and § 4247(d).

At the hearing, counsel stipulated to the admissibility of the report, and it was received into evidence without objection. Defense counsel further represented to the court that he did not contest a finding that the defendant is competent to stand trial. Mr. Owens, in response to direct questioning by the court, indicated that he is incarcerated at the city jail in Montgomery, Alabama, that he was transferred to the institution in Chicago, Illinois, for his evaluation, that he has met with defense counsel, and that he feels he is able to assist in his defense.

Upon consideration of the report and the court's observations of Mr. Owens, the court finds that the defendant is able to assist properly in his defense. *See* 18 U.S.C. § 4241(d).

Accordingly, it is ORDERED that Defendant Christopher Dwayne Owens is declared mentally competent to stand trial in this case. It is further ORDERED, pursuant to 18 U.S.C. § 4241(f), that the court's finding of the defendant's mental competency to stand trial, and the report on which the finding is based, shall not be admissible as evidence in the trial of this case, and shall not prejudice the defendant from raising the issue of his insanity as a defense to the offense charged or the issue of his mental health for any other permissible purpose.

DONE this 2nd day of July, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE